PD-0198-15

DEAR Mr. Abel Acosta, Clerk    01-13-942-CR

    Im Asking tHAt you will please Allow me
An Addional 30 days to complete my P.D.B
I HAvE bEEN HAving trouble with the petition
because Im witHout Aid of counsel

            Respectfully Submitted

             Run Jennell

FILED IN
COURT OF CRIMINAL APPEALS

JUN 12 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 11 2015

Abel Acosta, Clerk

## CERTIFICATE OF SERVICE

I, _Eric Tennell_, do hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by United States Mail, postage prepaid, first class, to the State Prosecuting Attorney, P. O. Box 12405, Austin, TX  78711, and the District Attorney                for                 _Harris_                 County, _Houston Texas_ on this the _June 8_ day of , 200_15_

_Eric Tennell_
Petitioner Pro Se

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. *June 8th 2015* to *July 2015.*

Respectfully submitted,

_____

Petitioner Pro Se
TDCJ #
Texas Department of Criminal Justice

S

Mr. Eric Tennell #1889930
Garza West Unit D4-40
4250 Hwy 202
Beeville, Tx 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
03 JUN 2015 PM 2 1

FOREVER
USA

Clerk of the Court
Texas Court of Criminal Appeals
Supreme Court Building
P.O. Box 12308 Capitol Station
Austin, Texas 78711

78711230808